# McElroy, Deutsch, Mulvaney & Carpenter, LLP
**ATTORNEYS AT LAW**

THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102-4079
(973) 622-7711
FACSIMILE (973) 622-5314

JOSEPH M. MORRIS
Direct dial: (973) 565-2041
jmmorris@mdmc-law.com

January 14, 2011

<u>Via Electronic Filing</u>
The Honorable Esther Salas, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

      **RE:** **Carlos Zaldivar vs. Township of Guttenberg, et al.**
            **Claim No.: 3410000582/JBE**
            **MDMC File No.: N0253-1026**
            **Fund ID No.: 0768**
            **Date of Loss: October 17, 2008**
            <u>**Docket No.: 09-3545 (PGS)**</u>

Dear Judge Salas:

      This firm represents defendants, Township of Guttenberg ("Guttenberg") and Joel Magenheimer ("Magenheimer") (collectively, "defendants") in the above referenced matter. Defendants respectfully request that Your Honor briefly adjourn the January 19, 2011, settlement conference as Eric J. Nemeth, Esq., counsel for the New Jersey Intergovernmental Insurance Fund, is unavailable to attend the conference. Counsel for plaintiff, Louis A. Zayas, Esq., has graciously consented to this request.  If Your Honor has any questions or concerns, please feel free to contact me.

Respectfully Submitted,

McElroy, Deutsch, Mulvaney & Carpenter, LLP


**/S/Joseph M. Morris III**

## McElroy, Deutsch, Mulvaney & Carpenter, LLP

Page 2

cc:

Louis A. Zayas, Esq.
Law Offices of Louis A. Zayas, LLC
6121 Newark Avenue, Second Floor,
North Bergen, New Jersey 07047
Attorney for Plaintiff,
via electronic filing.